## MAY 15, 1972

No. 71–1156. . GRIVETTI ET AL. *v.* ILLINOIS STATE ELEC-TORAL BOARD ET AL.; and

No. 71–1246. INDEPENDENT VOTERS OF ILLINOIS ET AL. *v.* LEWIS, SECRETARY OF STATE OF ILLINOIS, ET AL. Affirmed on appeals from D. C. N. D. Ill. Reported below: 335 F. Supp. 779.

No. 71–1176. OSWALD, CORRECTION COMMISSIONER, ET AL. *v.* GESICKI ET AL. Affirmed on appeal from D. C. S. D. N. Y.

No. 71–5872. VAN EEGHEN *v.* FLORIDA ET AL. Affirmed on appeal from D. C. M. D. Fla.

No. 71–801. COUNTY OF ALAMEDA ET AL. *v.* CALIFOR-NIA WELFARE RIGHTS ORGANIZATION ET AL. Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question.

No. 71–6360. TOCZAUER *v.* STATE BOARD OF REGISTRA-TION FOR PROFESSIONAL ENGINEERS OF CALIFORNIA. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question.